UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| MIKE BOULTER, BOULTER, LLC, RALPH NIX PRODUCE, INC., and BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,<br><br>Appellants,<br><br>v.<br><br>NOBLE ENERGY, INC. and KERR-MCGEE OIL & GAS ONSHORE, LP,<br><br>Appellees. | Case No.   23-1118 |

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

In accordance with Tenth Circuit Rule 46.1, Theresa Wardon Benz and Molly Kokesh, both of the law firm of Davis Graham & Stubbs LLP, hereby enter their appearance on behalf of Appellee Noble Energy, Inc. in the above-captioned matter.

| | |
|---|---|
| Theresa Wardon Benz<br><br>*s/ Theresa Wardon Benz*<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Email: theresa.benz@dgslaw.com<br>(303) 892-9400 | Molly J. Kokesh<br><br>*s/ Molly J. Kokesh*<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Email: molly.kokesh@dgslaw.com<br>(303) 892-9400 |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Shannon Wells Stevenson

August 3, 2023

*/s/ Molly J. Kokesh*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of August, 2023, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

<u>August 3, 2023</u>


<u>*s/ Beatriz Esparza*</u>
Beatriz Esparza