# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| MIKE BOULTER, BOULTER, LLC, RALPH NIX PRODUCE, INC., and BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,<br><br>Appellants,<br><br>v.<br><br>NOBLE ENERGY, INC. and KERR-MCGEE OIL & GAS ONSHORE, LP,<br><br>Appellees. | Case No.  23-1118 |

## APPELLEES' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE BRIEF

Defendant-Appellees Noble Energy, Inc. and Kerr-McGee Oil & Gas Onshore, LP, ("Appellees"), by and through undersigned counsel, pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.5(A)(10), respectfully move the Court for a second extension of time to file Appellees' Answer Briefs. Appellees' Answer Briefs are currently due August 28, 2023. Appellees request an additional sixteen (16) days to file their Answer Briefs, to and including September 13, 2023.

Pursuant to Tenth Circuit Rule 27.5(B)(2), counsel for Appellees conferred with counsel for Plaintiffs-Appellants Mike Boulter, Boulter, LLC, Ralph Nix

Produce, Inc., and Barclay Farms, LLC (together, "Appellants"). Appellants do not oppose the requested extension of time.

In support of the motion, Appellees state as follows:

1. Appellants filed their Opening Brief on July 6, 2023, after having received an extension of time from the original filing deadline of June 6, 2023.

2. Appellees previously sought and received one thirty-day extension of time. Appellees' Answer Briefs are currently due August 28, 2023.

3. Undersigned counsel, Theresa Wardon Benz, is a principal author of Noble's answer brief.

4. Ms. Benz recently entered an appearance in this matter upon the resignation of Ms. Shannon Stevenson from Davis Graham & Stubbs LLP.

5. Ms. Benz has a pre-planned international trip from August 7, 2023 to August 21, 2023.

6. Additionally, Ms. Benz has had and will have several obligations that conflict with the preparation of the brief, including:

a. In *Thompson v. Ford Motor Company*, No. 22-cv-541, in the United States District Court for the District of Colorado, Ms. Benz is responsible for preparing three responses to F.R.C.P. 702 motions that are due on August 28, 2023;

b. In *Thompson v. Ford Motor Company*, No. 22-cv-541, in the United States District Court for the District of Colorado, Ms. Benz is responsible for preparing two replies in support of motions for summary judgment, and three replies in support of F.R.C.P. 702 motions, all due on September 11, 2023;

c. In *Pcl Constructions Services, Inc. v. Monarch Growth, Inc.*, No. 19-cv-33368, in Denver District Court, Ms. Benz is responsible for conducting appellate monitoring in the trial of this matter scheduled to begin September 5, 2023.

7. In light of the complexities of the record and competing demands on Ms. Benz's time, counsel for Noble and Kerr-McGee require additional time to coordinate preparing the Answer Briefs, including the potential for the filing of a joint Answer Brief by Appellees.

For the foregoing reasons, Appellees respectfully request that the time to file their Answer Briefs be extended by sixteen (16) days, to and including September 13, 2023.

August 10, 2023.

                                               */s/ Theresa Wardon Benz*
                                               Jonathan W. Rauchway
                                               James R. Henderson
                                               Theresa Wardon Benz
                                               Molly J. Kokesh
                                               DAVIS GRAHAM & STUBBS LLP
                                               1550 17th Street, Suite 500
                                               Denver, CO 80202
                                               Telephone: 303.892.9400
                                               Email: jon.rauchway@dgslaw.com
                                               Email: jim.henderson@dgslaw.com
                                               Email: theresa.benz@dgslaw.com
                                               Email: molly.kokesh@dgslaw.com

                                               *Counsel for Defendant-Appellee Noble Energy, Inc.*

WILLIAMS WEESE PEPPLE & FERGUSON PC

*/s/ Ezekiel J. Williams*
Ezekiel J. Williams
Carlos R. Romo
Jacqueline F. Hyatt
1801 California Street, Suite 3400
Denver, CO 80202
Phone Number: 303-861-2828
Fax Number: 303-861-4017
E-mail: zwilliams@williamsweese.com
cromo@williamsweese.com
jhyatt@williamsweese.com

and

GIIBBS & BRUNS LLP

*/s/ Barrett H. Reasoner*
Barrett H. Reasoner
Anthony N. Kaim
Shannon N. Smith
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: 713-650-8805
Fax Number: 713-750-0903
E-mail: breasoner@gibbsbruns.com
akaim@gibbsbruns.com
snsmith@gibbsbruns.com

*Counsel for Defendant-Appellee Kerr-McGee Oil & Gas Onshore, LP*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of this **APPELLEE'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE BRIEF** was electronically filed on August 10, 2023, with the Clerk of the Tenth Circuit Court of Appeals using the CM/ECF system and was served upon all counsel of record, including:

George Barton
Stacy A. Burrows
Barton and Burrows
5201 Johnson Drive, Suite 110
Mission, KS 66205
George@BartonBurrows.com
Stacy@BartonBurrows.com

*Attorneys for Plaintiff-Appellants Mike Boulter, Boulter,LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC*

Anthony N. Kaim
Barrett Reasoner
Shannon N. Smith
Gibbs & Bruns
1100 Louisiana, Suite 5300
Houston, TX 77002
akaim@gibbsbruns.com
breasoner@gibbsbruns.com
snsmith@gibbsbruns.com

*Attorneys for Defendant-Appellee Kerr-McGee Oil & Gas Onshore LP*

Jacqueline F. Hyatt
Carlos Romo
Ezekiel J. Williams
Williams Weese Pepple & Ferguson
1801 California Street, Suite 3400
Denver, CO 80202
jhyatt@williamsweese.com
cromo@williamsweese.com
zwilliams@williamsweese.com

*Attorneys for Defendant-Appellee Kerr-McGee Oil & Gas Onshore LP*

                                          */s/ Brigid Bungum*