No. 23-1118

## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

MIKE BOULTER, BOULTER, LLC, RALPH NIX PRODUCE, INC., and BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,
*Plaintiffs-Appellants,*

v.

NOBLE ENERGY, INC. and KERR-MCGEE OIL & GAS ONSHORE, LP,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Colorado
Civil Action No. 1:22-CV-01843-DDD-SKC

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFFS'-APPELLANTS' REPLY BRIEF

Plaintiffs-Appellants Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons ("Plaintiffs-Appellants"), move this Court for its order extending the time to file their Reply brief by 14-days up to and including Wednesday, **October 18 2023**. In support of this motion, Plaintiffs-Appellants state as follows:

1. The current deadline for Plaintiffs-Appellants to file their reply brief is **October 4, 2023.**

2. The present motion to extend the time to file Plaintiffs-Appellants' reply brief is the first such extension requested by Plaintiffs-Appellants.

3. Plaintiffs-Appellants conferred with counsel for both Defendant-Appellee Noble Energy, Inc. and Defendant-Appellee Kerr-McGee Oil & Gas Onshore, LP, prior to filing this motion. Counsel for both Defendants-Appellees informed counsel for Plaintiffs-Appellants they have no objection to this motion.

4. Counsel for Plaintiffs-Appellants seeks to extend the time to file their reply brief because of an extensive history of decisions by both the Colorado Oil and Gas Conservation Commission and the appellate courts of the State of Colorado relating to the issues in this appeal. Further, as the Defendant-Appellee's acknowledged in their Answer Brief (p. 8), on August 23, 2023, the Colorado Oil and Gas Conservation Commission issued a decision declining jurisdiction over the Plaintiffs-Appellants' claims against Respondent-Appellants. On September 12, 2023, the Respondents-Appellees filed a request for an "Exception to the Hearing Officer's Recommended Order Declining Jurisdiction." The effect of these new filings with the Colorado Oil and Gas Conservation Commission will need to be addressed in the Plaintiffs-Appellants reply brief. This extensive history makes this appeal sufficiently complex such that an adequate reply brief cannot reasonably be prepared by October 4, 2023.

5. Further, there are other scheduling conflicts in matters where Plaintiffs-Appellants' counsel are the primary counsel including, but certainly not limited to,

a reply brief in the Sixth Circuit Court of Appeals which is also currently due October 4, 2023 in the case captioned *Kirkbride v. Antero Resources Corporation,* Case No. 23-3484.

WHEREFORE, for the reasons stated above, Plaintiffs-Appellants' motion to extend time to file their reply brief should be granted.

Date: September 26, 2023

Respectfully submitted,

*s/ George A. Barton*
George A. Barton Mo. Bar No. 26249
Stacy A. Burrows Co. Bar No. 49199
Barton and Burrows, LLC
5201 Johnson Dr. Ste. 110
Mission, KS 66052
Telephone: 913-563-6250
Facsimile: 913-563-6259
george@bartonburrows.com
stacy@bartonburrows.com

**ATTORNEYS FOR PLAINTIFFS-APPELLANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September 2023, a true and correct copy of the foregoing **PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE PLAINTIFFS-APPELLANTS' REPLY BRIEF** was filed with the Clerk of Court using the CM/ECF system, which will send notification to the following:

| | |
|---|---|
| Williams Weese Pepple & Ferguson PC | Gibbs & Bruns LLP |
| 1801 California Street, Suite 3400 | 1100 Louisiana, Suite 5300 |
| Denver, CO 80202 | Houston, TX 77002 |
| Phone Number: 303-861-2828 | Telephone: 713-650-8805 |
| Fax Number: 303-861-4017 | Fax Number: 713-750-0903 |
| E-mail: zwilliams@williamsweese.com | E-mail: breasoner@gibbsbruns.com |
|   cromo@williamsweese.com |       akaim@gibbsbruns.com |
| |       snsmith@gibbsbruns.com |

*Counsel for Defendant-Appellee Kerr-McGee Oil & Gas Onshore, LP*

Davis Graham & Stubbs LLP
1550 Seventeenth Street, Ste. 500
Denver, CO 80202
Telephone: 303-892-9400
Fax Number: 303-892-1379
Email: jim.henderson@dgslaw.com
      Jon.rauchway@dgslaw.com
      Molly.kokesh@dgslaw.com

*Counsel for Defendant-Appellee Noble Energy, Inc.*