UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 28, 2024

Mr. George Barton
Stacy Ann Burrows
Barton and Burrows
5201 Johnson Drive, Suite 110
Mission, KS 66205

**RE:** **23-1118, Boulter, et al v. Noble Energy, et al**
Dist/Ag docket: 1:22-CV-01843-DDD-SKC

Dear Counsel:

The petition for rehearing and rehearing en banc received in the subject case is deficient in the following respects:

The petition for rehearing en banc does not contain at least one of the statements required by Fed. R. App. P. 35(b).

A copy of the opinion or order and judgment that is the subject of the petition for rehearing en banc was not submitted as an attachment to the petition. *See* 10th Cir. R. 35.2(B).

The petition for rehearing submitted includes attachments which go beyond those allowed by the rules. Effective January 1, 2018, a motion requesting permission to file attachments in addition to the decision under review must be submitted. *See* 10th Cir. R. 35.2(B) and 40.2. To correct this deficiency you must either file a motion to include the additional attachments or a file a revised petition for rehearing with the attachments removed.

All corrections must be accompanied by proof of service on all other parties to the appeal.

Unless the petition for rehearing and rehearing en banc is corrected within three days after the date of this letter, it may be stricken.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Theresa Wardon Benz
James Robert Henderson
Jacqueline Frances Hyatt
Anthony N. Kaim
Molly J. Kokesh
Jonathan William Rauchway
Barrett Reasoner
Carlos Romo
Shannon Nicole Smith
Ezekiel J. Williams


CMW/sds