# No. 23-1118

## UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

MIKE BOULTER, BOULTER, LLC, RALPH NIX PRODUCE, INC., and BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,
*Plaintiffs-Appellants,*

v.

NOBLE ENERGY, INC. and KERR-MCGEE OIL & GAS ONSHORE, LP,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Colorado
Civil Action No. 1:22-CV-01843-DDD-SKC

## PLAINTIFFS-APPELLANTS' MOTION TO INCLUDE ATTACHMENTS TO PLAINTIFFS-APPELLANTS' PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Plaintiffs-Appellants Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons ("Plaintiffs-Appellants"), pursuant to 10th Cir. R. 35.2(B), move this Court for its order granting Plaintiffs-Appellants permission to include attachments to their Petition for Panel Rehearing and Rehearing En Banc ("Petition"). In support of this motion, Plaintiffs-Appellants state:

1. The Plaintiffs-Appellants' Petition refers to twenty-two separate exhibits supporting the Plaintiffs-Appellants' position that their Petition should be

granted.

2. Exhibit 1 to the Plaintiffs-Appellants' Petition is a copy of the Plaintiffs-Appellants' November 22, 2023 Notice of Supplemental Authority filed in this case which demonstrates that the Plaintiff-Appellants have fully exhausted their administrative remedies before the Energy and Carbon Management Commission of the State of Colorado (f/k/a the Colorado Oil and Gas Conservation Commission) ("Commission").

3. Exhibit 2 to the Plaintiffs-Appellants' Petition is a copy of the Commission Hearings and Applications Process Guidebook which provides a categorical rule that the Commission does not have jurisdiction to resolve royalty underpayment disputes when the dispute arises out of a contract.

4. Exhibit 3 - 22 to the Plaintiffs-Appellants' Petition are are publicly available copies of filing in twenty separate royalty underpayments cases pending in Colorado State Court. Exhibits 3 – 22 demonstrate that each of the twenty separate royalty underpayment cases pending in Colorado State Court were stayed pending the Colorado Supreme Court's decision in *Antero Resources Corp. v. Airport Land Partners, Ltd.*, 526 P.3d 204 (Colo. 2023) ("*Airport Land*"). After the Colorado Supreme Court issued its decision in *Airport Land*, the stay was lifted in each of the twenty cases, and the royalty owner plaintiffs were permitted to proceed with their breach of contract claims in district court, without first exhausting their

administrative remedies.

5. Each of the above-referenced exhibits will assist the Court in determining whether to grant the Plaintiffs-Appellants' Petition by providing the Court with additional context regarding the procedural posture of the Plaintiffs-Appellants breach of contract claims against the Respondents.

6. The twenty-two exhibits are being filed as attachments to the Petition, which is being filed contemporaneously with this motion.

WHEREFORE, for the reasons stated above, Plaintiffs-Appellants' motion should be granted.

Date: March 1, 2024

Respectfully submitted,

*s/ George A. Barton*
George A. Barton Mo. Bar No. 26249
Stacy A. Burrows Co. Bar No. 49199
Barton and Burrows, LLC
5201 Johnson Dr. Ste. 110
Mission, KS 66052
Telephone: 913-563-6250
Facsimile: 913-563-6259
george@bartonburrows.com
stacy@bartonburrows.com

**ATTORNEYS FOR
PLAINTIFFS-APPELLANTS**

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March 2024, a true and correct copy of the foregoing **MOTION TO INCLUDE ATTACHMENTS TO PLAINTIFFS APPELLANTS' PETITION FOR PANEL REHEARING AND REHEARING EN BANC** was filed with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Williams Weese Pepple & Ferguson PC
1801 California Street, Suite 3400
Denver, CO 80202
Phone Number: 303-861-2828
Fax Number: 303-861-4017
E-mail: zwilliams@williamsweese.com
　　　　cromo@williamsweese.com
　　　　sallen@williamsweese.com

Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: 713-650-8805
Fax Number: 713-750-0903
E-mail: breasoner@gibbsbruns.com
　　　　akaim@gibbsbruns.com
　　　　snsmith@gibbsbruns.com

*Counsel for Defendant-Appellee Kerr-McGee Oil & Gas Onshore, LP*

Davis Graham & Stubbs LLP
1550 Seventeenth Street, Ste. 500
Denver, CO 80202
Telephone: 303-892-9400
Fax Number: 303-892-1379
Email: jim.henderson@dgslaw.com
　　　 kyle.holter@dgslaw.com

*Counsel for Defendant-Appellee Noble Energy, Inc.*