UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

April 09, 2024

Mr. George Barton
Ms. Stacy Ann Burrows
Barton and Burrows
5201 Johnson Drive, Suite 110
Mission, KS 66205

**RE:** **23-1118, Boulter, et al v. Noble Energy, et al**
Dist/Ag docket: 1:22-CV-01843-DDD-SKC

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(a)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rules 35 and 40, and 10th Cir. R.35 and 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Theresa Wardon Benz
James Robert Henderson
Jacqueline Frances Hyatt
Anthony N. Kaim
Molly J. Kokesh
Jonathan William Rauchway
Barrett Reasoner
Carlos Romo
Shannon Nicole Smith
Ezekiel J. Williams

CMW/lg