UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

May 01, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**    23-1118, Boulter, et al v. Noble Energy, et al
Dist/Ag docket: 1:22-CV-01843-DDD-SKC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 9, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    George Barton
Theresa Wardon Benz
Stacy Ann Burrows
James Robert Henderson
Jacqueline Frances Hyatt
Anthony N. Kaim
Molly J. Kokesh
Jonathan William Rauchway

Barrett Reasoner
Carlos Romo
Shannon Nicole Smith
Ezekiel J. Williams

CMW/sds