

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 4/13/2023

☐ Pro Se    ☒ Retained    ☐ CJA    ☐ FPD    ☐ USA or other Federal Agency
(Appeal Fee Exempt)

Case No: 22-cv-01843-DDD-SKC    ☐ Amended Notice of Appeal
☐ Other pending appeals
Date Filed: April 13, 2023    ☐ Transferred Successive §2254 or §2255
☐ Supplemental Record

Appellant: Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC

Pro Se Appellant:
☐ IFP forms mailed/given    ☐ Motion IFP pending    ☐ Appeal fee paid
☐ IFP denied    ☐ Appeal fee not paid

Retained Counsel:
☒ Appeal fee paid    ☐ Appeal fee not paid    ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:   s/T. Vo
      Deputy Clerk

cc:   Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:22−cv−01843−DDD−SKC

| | |
|---|---|
| Boulter et al v. Noble Energy, Inc. et al<br>Assigned to: Judge Daniel D. Domenico<br>Referred to: Magistrate Judge S. Kato Crews<br>Cause: 28:1332 Diversity−Breach of Contract | Date Filed: 07/26/2022<br>Date Terminated: 04/06/2023<br>Jury Demand: Plaintiff<br>Nature of Suit: 150 Contract: Recovery/Enforcement<br>Jurisdiction: Diversity |

**Plaintiff**

**Mike Boulter**     represented by    **George A. Barton**
Barton & Burrows, LLC
5201 Johnson Drive
Suite 110
Mission, KS 66205
913−563−6250
Email: george@bartonburrows.com
*ATTORNEY TO BE NOTICED*

**Stacy Ann Burrows**
Barton & Burrows, LLC
5201 Johnson Drive
Suite 110
Mission, KS 66205
913−563−6253
Fax: 913−563−6259
Email: stacy@bartonburrows.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boulter, LLC**     represented by    **George A. Barton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy Ann Burrows**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Nix Produce, Inc.**     represented by    **George A. Barton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy Ann Burrows**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barclay Farms, LLC**
*on behalf of themselves and classes of similarly situated persons*
represented by    **George A. Barton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacy Ann Burrows**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Noble Energy, Inc.** | represented by | **James Robert Henderson** |

Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: jim.henderson@dgslaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan William Rauchway**
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: jonathan.rauchway@dgslaw.com
*ATTORNEY TO BE NOTICED*

**Kyle M. Holter**
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: kyle.holter@dgslaw.com
*ATTORNEY TO BE NOTICED*

**Shannon Wells Stevenson**
Davis Graham & Stubbs LLP
1550 17th Street
Suite 500
Denver, CO 80202
303–892–9400
Fax: 303–893–1379
Email: shannon.stevenson@dgslaw.com
*TERMINATED: 02/24/2023*

**Defendant**

| | | |
|---|---|---|
| **Kerr–McGee Oil & Gas Onshore, LP** | represented by | **Anthony N. Kaim** |

Gibbs & Bruns LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
713–751–5249
Fax: 713–750–0903
Email: akaim@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**Barrett H. Reasoner**
Gibbs & Bruns LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
713–751–5244
Fax: 713–750–0903
Email: breasoner@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**Carlos R. Romo**
Williams Weese Pepple & Ferguson PC

1801 California Street
Suite 3400
Denver, CO 80202
303−228−2531
Fax: 303−861−4017
Email: cromo@williamsweese.com
*ATTORNEY TO BE NOTICED*

**Ezekiel J. Williams**
Williams Weese Pepple & Ferguson PC
1801 California Street
Suite 3400
Denver, CO 80202
303−228−2529
Fax: 303−861−4017
Email: zwilliams@williamsweese.com
*ATTORNEY TO BE NOTICED*

**Shannon Nicole Smith**
Gibbs & Bruns LLP
1100 Louisiana Street
Suite 5300
Houston, TX 77002
713−751−5257
Fax: 713−750−0903
Email: snsmith@gibbsbruns.com
*ATTORNEY TO BE NOTICED*

**Spencer R Allen**
Fox Rothschild LLP
1225 17th Street
Suite 2200
Denver, CO 80202−5516
802−881−1127
Email: sallen@foxrothschild.com
*TERMINATED: 09/30/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2023 | 43 | NOTICE OF APPEAL as to 41 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Dismiss/Lack of Jurisdiction, 42 Clerk's Judgment, by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc. (Filing fee $ 505, Receipt Number ACODC−9044269) (Barton, George) (Entered: 04/13/2023) |
| 04/06/2023 | 42 | FINAL JUDGMENT by Clerk on 4/6/2023 in favor of Kerr−McGee Oil & Gas Onshore, LP, Noble Energy, Inc. against Barclay Farms, LLC, Boulter, LLC, Ralph Nix Produce, Inc., Mike Boulter re: 41 Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Dismiss/Lack of Jurisdiction entered by Judge Daniel D. Domenico on 4/6/2023. (rkeec) (Entered: 04/06/2023) |
| 04/06/2023 | 41 | ORDER granting 6 Motion to Dismiss for Failure to State a Claim; granting 6 Motion to Dismiss for Lack of Jurisdiction. SO ORDERED by Judge Daniel D. Domenico on 4/6/2023. (rkeec) (Entered: 04/06/2023) |
| 04/03/2023 | 40 | NOTICE re 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction , 7 Joint MOTION for Sanctions *of Withdrawal of Joint Motion for Sanctions and Partial Withdrawal of Joint Motion to Dismiss* by Defendant Kerr−McGee Oil & Gas Onshore, LP (Williams, Ezekiel) (Entered: 04/03/2023) |
| 03/27/2023 | 39 | NOTICE of Supplemental Authorities re: 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction , 7 Joint MOTION for Sanctions by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc. (Attachments: # 1 Exhibit Ex. 1 − Colorado Supreme |

| | | |
|---|---|---|
| | | Opinion in Airport Land)(Barton, George) (Entered: 03/27/2023) |
| 02/24/2023 | 38 | ORDER granting 37 Motion to Withdraw as Attorney. The Clerk of Court is instructed to terminate Attorney Shannon Wells Stevenson as counsel of record and to remove this name from the electronic certificate of mailing. Defendant Noble Energy, Inc. will continue to be represented by attorneys Jonathan Rauchway, James Henderson, and Kyle Holter. SO ORDERED by Judge Daniel D. Domenico on 2/24/2023. Text Only Entry (dddlc6, ) (Entered: 02/24/2023) |
| 02/24/2023 | 37 | MOTION to Withdraw as Attorney by Defendant Noble Energy, Inc.. (Stevenson, Shannon) (Entered: 02/24/2023) |
| 12/02/2022 | 36 | ORDER VACATING SCHEDULING CONFERENCE AND DELAYING ISSUANCE OF SCHEDULING ORDER FOR GOOD CAUSE: This matter is before the Court sua sponte after its review of the parties' proposed scheduling order 35 . Defendants' statement of defenses includes their argument, in relevant part, that the Court lacks subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) because Plaintiffs failed to exhaust administrative remedies. Defendants filed a Joint Motion to Dismiss 6 raising this issue, which was fully briefed as of November 2, 2022. Because there is an unresolved issue raising the Court's subject matter jurisdiction, the Court finds good cause under Fed. R. Civ. P. 16(b)(2) to delay issuing a Scheduling Order until resolution of the jurisdiction issue with a ruling on the Joint Motion to Dismiss. *See generally M.G. through Garcia v. Scrase*, No. CV 22–325 MIS/GJF, 2022 WL 5242610 (D.N.M. Oct. 6, 2022).<br><br>For these reasons, the December 5, 2022 Scheduling Conference is VACATED. The parties are ORDERED to contact my chambers within 10 days of a ruling on the Joint Motion to Dismiss to discuss next steps assuming any are then required. By Magistrate Judge S. Kato Crews on 12/02/2022. Text Only Entry (skc) (Entered: 12/02/2022) |
| 11/28/2022 | 35 | Proposed Scheduling Order by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc.. (Burrows, Stacy) (Entered: 11/28/2022) |
| 11/02/2022 | 34 | REPLY to Response to 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Kerr–McGee Oil & Gas Onshore, LP, Noble Energy, Inc.. (Henderson, James) (Entered: 11/02/2022) |
| 10/20/2022 | 33 | REPLY to Response to 7 Joint MOTION for Sanctions filed by Defendant Kerr–McGee Oil & Gas Onshore, LP. (Williams, Ezekiel) (Entered: 10/20/2022) |
| 10/19/2022 | 32 | BRIEF in Opposition to 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction filed by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc.. (Attachments: # 1 Exhibit Ex. 1 – Colorado Court of Appeals opinion in Airport Land, # 2 Exhibit Ex. 2 – Commission Guideline Handbook, # 3 Exhibit Ex. 3 – District Court Order from Judge Moses, # 4 Exhibit Ex. 4 – Omnibus exhibit for 23 State court order staying cases, # 5 Exhibit Ex. 5 – Plaintiffs Form 37s served on Defendant Kerr–McGee, # 6 Exhibit Ex. 6 – Plaintiffs Form 37s served on Defendant Noble, # 7 Exhibit Ex. 7 – Order Staying Commission Proceedings, # 8 Exhibit Ex. 8 Plaintiffs Commission Application, # 9 Exhibit Ex. 9 – Plaintiffs Commission Form 38 requests, # 10 Exhibit Ex. 10 – Kerr–McGees Response to Form 37, # 11 Exhibit Ex. 11 – Nobles Response to Form 37, # 12 Exhibit Ex. 12 – Unopposed Motion staying Commission proceedings, # 13 Exhibit Ex. 13 – Commission order re Airport Land, # 14 Exhibit Ex. 14 – Commission order re Casey, # 15 Exhibit Ex. 15 – Commission order re Schuster, # 16 Exhibit Ex. 16 – Commission order re Limbach, # 17 Exhibit Ex. 17 – Commission order re Shidelerosa, # 18 Exhibit Ex. 18 – Commission order in Grynberg, # 19 Exhibit Ex. 19 – Complaint in Energy Investments, # 20 Exhibit Ex. 20 – Order in Energy Investments, # 21 Exhibit Ex. 21 – Motion to Dismiss Filed in Energy Investments, # 22 Exhibit Ex. 22 – Order Denying Motion to Dismiss in Energy Investments, # 23 Exhibit Ex. 23 – Freeman Investments Order, # 24 Exhibit Ex. 24 – Complaint in Freeman Investments, # 25 Exhibit Ex. 25 – Order in Freeman I, # 26 Exhibit Ex. 26 – Complaint in Principle v. Extraction, # 27 Exhibit Ex. 27 – Order in Principle Energy, # 28 Exhibit Ex. 28 – Order in Principle Energy v. Midwest Trust, # 29 Exhibit Ex. 29 – Order Granting Writ in Airport Land, # 30 Exhibit Ex. 30 – 2017 Freeman Complaint, # 31 Exhibit Ex. 31 – Freeman Form 37s, # 32 Exhibit |

| | | |
|---|---|---|
| | | Ex. 32 – Declaration of Seth Jones, # 33 Exhibit Ex. 33 – Freeman's Verified Application with Commission, # 34 Exhibit Ex. 34 – McClintock Verified Application, # 35 Exhibit Ex. 35 – McClintock Prehearing Statement, # 36 Exhibit Ex. 36 – Email Order Continuing Hearing)(Barton, George) (Entered: 10/19/2022) |
| 10/14/2022 | 31 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 28 Unopposed MOTION for Extension of Time to File Response/Reply as to 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction filed by attorneyGeorge A. Barton. The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases). This document as well as document 27 are also missing the Certificate of Service page. (Text Only Entry) (athom, ) (Entered: 10/14/2022) |
| 10/12/2022 | 30 | NOTICE OF CASE ASSOCIATION by Shannon Wells Stevenson on behalf of Noble Energy, Inc. (Stevenson, Shannon) (Entered: 10/12/2022) |
| 10/12/2022 | 29 | ORDER granting 28 Unopposed MOTION for Extension of Time to File Response/Reply as to 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction . Plaintiffs shall file their reply on or before 10/19/2022 by Judge Daniel D. Domenico on 10/12/2022. Text Only Entry (dddlc6, ) (Entered: 10/12/2022) |
| 10/12/2022 | 28 | Unopposed MOTION for Extension of Time to File Response/Reply as to 6 Joint MOTION to Dismiss for Failure to State a Claim *and*Joint MOTION to Dismiss for Lack of Jurisdiction by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc.. (Attachments: # 1 Proposed Order (PDF Only) Granting Plaintiffs' Unopposed Motion to Extend Plaintiffs' Deadline to File Response to Defendants Joint Motion to Dismiss)(Burrows, Stacy) (Entered: 10/12/2022) |
| 10/06/2022 | 27 | RESPONSE to 7 Joint MOTION for Sanctions Attorney George A. Barton added to party Barclay Farms, LLC(pty:pla), Attorney George A. Barton added to party Mike Boulter(pty:pla), Attorney George A. Barton added to party Boulter, LLC(pty:pla), Attorney George A. Barton added to party Ralph Nix Produce, Inc.(pty:pla) filed by Plaintiffs Barclay Farms, LLC, Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Barton, George) (Entered: 10/06/2022) |
| 10/03/2022 | 26 | *Setting Telephonic Rule 16(b) Scheduling Conference.* The Telephonic Scheduling Conference is set for 12/5/2022 at 10:00 a.m. in Courtroom C201 before Magistrate Judge S. Kato Crews. The parties shall file their proposed scheduling order, and email a copy in Word format to Crews_Chambers@cod.uscourts.gov, 7 days before the Telephonic Scheduling Conference (on or before 11/28/2022). The Magistrate Judge [ 25 ] Consent Form is due 11/28/2022. Dial−in information for the Scheduling Conference is as follows:CONFERENCE CALL LINE: (888) 251−2909ACCESS CODE: 5662814#SO ORDERED by Magistrate Judge S. Kato Crews on 10/3/2022. Text Only Entry (skclc2). (Entered: 10/03/2022) |
| 10/03/2022 | 25 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (csarr, ) (Entered: 10/03/2022) |
| 09/30/2022 | 24 | ORDER granting 23 Motion to Withdraw as Attorney. Attorney Spencer R Allen terminated by Judge Daniel D. Domenico on 09/30/2022. Text Only Entry (dddlc6, ) (Entered: 09/30/2022) |
| 09/30/2022 | 23 | MOTION to Withdraw as Attorney by Defendant Kerr−McGee Oil & Gas Onshore, LP. (Allen, Spencer) (Entered: 09/30/2022) |
| 09/27/2022 | 22 | SUMMONS Returned Executed by All Plaintiffs. Noble Energy, Inc. served on 9/23/2022, answer due 10/14/2022. (Burrows, Stacy) (Entered: 09/27/2022) |
| 09/27/2022 | 21 | SUMMONS Returned Executed by All Plaintiffs. Kerr−McGee Oil & Gas Onshore, LP served on 9/23/2022, answer due 10/14/2022. (Burrows, Stacy) (Entered: |

| | | |
|---|---|---|
| | | 09/27/2022) |
| 09/23/2022 | 20 | NOTICE of Entry of Appearance by Shannon Nicole Smith on behalf of Kerr–McGee Oil & Gas Onshore, LPAttorney Shannon Nicole Smith added to party Kerr–McGee Oil & Gas Onshore, LP(pty:dft) (Smith, Shannon) (Entered: 09/23/2022) |
| 09/23/2022 | 19 | NOTICE of Entry of Appearance by Anthony N. Kaim on behalf of Kerr–McGee Oil & Gas Onshore, LPAttorney Anthony N. Kaim added to party Kerr–McGee Oil & Gas Onshore, LP(pty:dft) (Kaim, Anthony) (Entered: 09/23/2022) |
| 09/23/2022 | 18 | NOTICE of Entry of Appearance by Barrett H. Reasoner on behalf of Kerr–McGee Oil & Gas Onshore, LP (Reasoner, Barrett) (Entered: 09/23/2022) |
| 09/22/2022 | 17 | NOTICE of Entry of Appearance by Carlos R. Romo on behalf of Kerr–McGee Oil & Gas Onshore, LP (Romo, Carlos) (Entered: 09/22/2022) |
| 09/22/2022 | 16 | NOTICE of Entry of Appearance by Spencer R Allen on behalf of Kerr–McGee Oil & Gas Onshore, LP (Allen, Spencer) (Entered: 09/22/2022) |
| 09/22/2022 | 15 | NOTICE of Entry of Appearance by Ezekiel J. Williams on behalf of Kerr–McGee Oil & Gas Onshore, LP (Williams, Ezekiel) (Entered: 09/22/2022) |
| 09/22/2022 | 14 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 9 Notice of Entry of Appearance, 10 Notice of Entry of Appearance, 11 Notice of Entry of Appearance filed by attorney Shannon Wells Stevenson for James Robert Henderson, Jonathan William Rauchway, and Kyle M. Holter. The s/signature did not match the filers name on the account for which the login and password are registered. The documents are also missing the Certificate of Service page. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (athom, ) (Entered: 09/22/2022) |
| 09/21/2022 | 13 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Chevron Corporation for Noble Energy, Inc.. (Stevenson, Shannon) (Entered: 09/21/2022) |
| 09/21/2022 | 12 | NOTICE of Entry of Appearance – *Shannon Wells Stevenson* by Shannon Wells Stevenson on behalf of Noble Energy, Inc. (Stevenson, Shannon) (Entered: 09/21/2022) |
| 09/21/2022 | 11 | NOTICE of Entry of Appearance – *Kyle Holter* by Shannon Wells Stevenson on behalf of Noble Energy, Inc. (Stevenson, Shannon) (Entered: 09/21/2022) |
| 09/21/2022 | 10 | NOTICE of Entry of Appearance – *Jonathan W. Rauchway* by Shannon Wells Stevenson on behalf of Noble Energy, Inc. (Stevenson, Shannon) (Entered: 09/21/2022) |
| 09/21/2022 | 9 | NOTICE of Entry of Appearance – *James R. Henderson* by Shannon Wells Stevenson on behalf of Noble Energy, Inc.Attorney Shannon Wells Stevenson added to party Noble Energy, Inc.(pty:dft) (Stevenson, Shannon) (Entered: 09/21/2022) |
| 09/21/2022 | 8 | ORDER REFERRING CASE to Magistrate Judge S. Kato Crews. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of Local Civ. R. 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, and (5) pursuant to Local Civ. R. 16.6 and at the discretion of the Magistrate Judge, convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Daniel D. Domenico on 9/21/2022. Text Only Entry (dddlc1, ) (Entered: 09/21/2022) |

| | | |
|---|---|---|
| 09/21/2022 | 7 | Joint MOTION for Sanctions by Defendant Kerr–McGee Oil & Gas Onshore, LP. (Williams, Ezekiel) (Entered: 09/21/2022) |
| 09/21/2022 | 6 | Joint MOTION to Dismiss for Failure to State a Claim *and*, Joint MOTION to Dismiss for Lack of Jurisdiction by Defendant Kerr–McGee Oil & Gas Onshore, LP. (Romo, Carlos) (Entered: 09/21/2022) |
| 09/21/2022 | 5 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Berkshire Hathaway Inc., Corporate Parent Occidental Petroleum Corporation for Kerr–McGee Oil & Gas Onshore, LP. (Allen, Spencer) (Entered: 09/21/2022) |
| 08/08/2022 | 4 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 1 Complaint,, filed by attorney Stacy Ann Burrows.The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take –** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (norlin, ) (Entered: 08/08/2022) |
| 07/26/2022 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Magistrate Judge Consent Form) (norlin, ) (Entered: 07/26/2022) |
| 07/26/2022 | 2 | Case assigned to Judge Daniel D. Domenico and drawn to Magistrate Judge S. Kato Crews. Text Only Entry (norlin, ) (Entered: 07/26/2022) |
| 07/26/2022 | 1 | COMPLAINT against Kerr–McGee Oil & Gas Onshore, LP, Noble Energy, Inc. (Filing fee $ 402,Receipt Number ACODC–8571222)Attorney Stacy Ann Burrows added to party Barclay Farms, LLC(pty:pla), Attorney Stacy Ann Burrows added to party Mike Boulter(pty:pla), Attorney Stacy Ann Burrows added to party Boulter, LLC(pty:pla), Attorney Stacy Ann Burrows added to party Ralph Nix Produce, Inc.(pty:pla), filed by Mike Boulter, Barclay Farms, LLC, Ralph Nix Produce, Inc., Boulter, LLC. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons Summons – Noble Energy Inc, # 3 Summons Summons – Kerr–McGee Oil and Gas OnShore)(Burrows, Stacy) (Entered: 07/26/2022) |

Case 1:22-cv-01843-DDD-SKC Document 44-2 Filed 04/13/23 Colorado Page 1 of 4  Case 1:22-cv-01843-DDD-SKC Document 42 Filed 04/06/23 Page 1 of 8

Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Daniel D. Domenico

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., AND
BARCLAY FARMS, LLC, ON BEHALF OF THEMSELVES AND CLASSES OF SIMILARLY SITUATED PERSONS,
 PLAINTIFFS,

V.

NOBLE ENERGY, INC., AND
KERR-MCGEE OIL & GAS ONSHORE, LP,
 DEFENDANTS.

## ORDER GRANTING MOTION TO DISMISS

This is the fourth time Plaintiffs have brought this "substantially identical" case against these defendants, claiming to have been improperly calculating royalties owed under oil and gas leases between them. *See* Doc. 1 at 1*; Boulter et al. v. Noble Energy, Inc. and Kerr-McGee Oil and Gas Onshore, LP,* No. 1:20-CV-00861-WJM-KLM (D. Colo.) ("*Boulter I*"); *Boulter et al. v. Noble Energy, Inc. and Kerr-McGee Oil and Gas Onshore, LP*, No. 1:21-CV-01346-RM-KLM (D. Colo.) ("*Boulter II*"); *Boulter et al. v. Noble Energy, Inc. and Kerr-McGee Oil and Gas Onshore, LP*, No. 1:21-cv-03500-RM-SKC (D. Colo.) ("*Boulter III*").

The first time, the court dismissed the complaint, holding that Plaintiffs had failed to exhaust their remedies under Colorado's Oil & Gas Conservation Act. See *Boulter I*, Doc. 58 at 9-10. The second time, the court rejected Plaintiffs' argument that the decision of the Colorado Court of Appeals in *Antero Resources Corp. v. Airport Land Partners,*

- 1 -

Case 1:22-cv-01843-DDD-SKC Document 46-2 Filed 04/13/23 Page 2 of 4
Case 1:23-cv-01843-DDD-SKC Document 42 Filed 04/06/23 Page 2 of 4
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 10

*Ltd.* ("*Airport Land*"), No. 2019CA179 (Colo. App. June 3, 2021), was a significant intervening change in the law that permitted them to essentially refile their case again and again dismissed the case. *Boulter II*, Doc. 47 at 1-2. The third time, the court again dismissed the case, declining "to allow Plaintiffs a third bite because their arguments are not new, and nothing of significance has changed." *Boulter III*, Doc. 23 at 2.

Defendants have moved to dismiss this fourth case, arguing that it is barred by the doctrine of res judicata, or issue preclusion, and alternatively that it fails on the merits for the same reasons explained in *Boulter I*. Doc. 6.

"Issue preclusion bars a party from relitigating an issue once it has suffered an adverse determination on the issue, even if the issue arises when the party is pursuing or defending against a different claim." *Park Lake Res. Ltd. Liab. Co. v. U.S. Dep't of Agric.*, 378 F.3d 1132, 1136 (10th Cir. 2004). Issue preclusion applies where:

> (1) the issue previously decided is identical with the one presented in the action in question,
>
> (2) the prior action has been finally adjudicated on the merits,
>
> (3) the party against whom the doctrine is invoked was a party, or in privity with a party, to the prior adjudication, and
>
> (4) the party against whom the doctrine is raised had a full and fair opportunity to litigate the issue in the prior action.

*Id.*

Plaintiffs don't contest that that these factors apply here. Instead, they argue (as they did in *Boulter II*) that the exception to res judicata for cases brought after a significant intervening change in the law applies. Doc. 32. They now have a Colorado Supreme Court decision affirming the prior court of appeals decision to point to. *See Antero*

- 2 -

Case 1:22-cv-01843-DDD-SKC Document 44-2 Filed 04/13/23 Page 3 of 4
Case 1:22-cv-01843-DDD-SKC Document 46 Filed 04/06/23 Page 3 of 8
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 11

*Resources Corp. v. Airport Land Partners, Ltd.*, No. 21SC533, 2023 WL 2640471 (Colo. 2023).

The problem, though, is that (as Judge Moore recognized in Boulter II) the issue that was dispositive in *Boulter I* was not at issue in either iteration of *Airport Land*. *Boulter I* held that Plaintiffs were required to first present their dispute to the Colorado Oil & Case Conservation Commission which would determine whether the case was one involving a "bona fide dispute regarding interpretation of a contract." *Boulter I* at 10 (citing Colo. Rev. Stat. 34-60-118.5(5.5)). "Only in the event that the [Commission] finds that such a dispute exists does it decline jurisdiction" at which point the parties may proceed to litigation. *Id*.

That was not in question in *Airport Land*. What both the court of appeals and the supreme court addressed there was what constitutes such a bona fide dispute regarding interpretation of a contract. *See Antero Resources Corp.*, 2023 WL 2640471 at *2. The plaintiff in that case had in fact taken its dispute to the Commission, and the question was whether the Commission was right that the matter was not one of contract interpretation and therefore properly within its jurisdiction. *Id.* In other words, *Airport Land* is about the *second* step of the process described in *Boulter I*. But *Boulter I* turned on the *first* step: presenting the dispute to the Commission for the initial determination. That the Colorado Supreme Court held that at the second step that the dispute was a matter of contract interpretation so the Commission should have declined jurisdiction does not say anything about whether *Boulter I* was

- 3 -

Case 1:22-cv-01823-DDD-SKC Document 44-2 Filed 04/13/23 Page 4 of 4
Case 1:22-cv-01843-DDD-SKC Document 46 Filed 04/06/23 Page 4 of 8
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 12

wrong about the first step. *Airport Land* is therefore not a significant intervening change in the law,[1] and this case is barred by res judicata.

The remainder of Plaintiffs' arguments are attempts to explain why *Boulter I* was wrong, and exhaustion was not required or would be futile. See Doc. 32 at 14-18. But even if I thought *Boulter I* (and *Boulter II*, and *Boulter III*) was wrongly decided, I would be compelled to grant the motion to dismiss this case as precluded by res judicata. A party who believes a district court wrongly dismissed its case has a number of options: it can ask for reconsideration or it can appeal, for example, and have the result reversed. Filing the same case three more times is not one of those options.

## CONCLUSION

It is **ORDERED** that:

The Defendants' joint motion to dismiss (Doc. 6) is **granted**.

This case is **dismissed** with prejudice.

and

The Clerk of Court is directed to close this case.

DATED: April 6, 2023

BY THE COURT:

~~Daniel D.~~ Domenico
United States District Judge

---

[1] As Defendants point out, the Colorado courts describe their decisions not as significant changes in governing law but consistent with precedent. CITE This too undermines Plaintiffs' argument.

- 4 -

Case 1:22-cv-01843-DDD-SKC Document 44-2 Filed 04/13/23 Colorado Page 1 of 2
Case 1:22-cv-01843-DDD-SKC Document 42 Filed 04/06/23 Page 5 of 8
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., AND
BARCLAY FARMS, LLC, ON BEHALF OF THEMSELVES AND CLASSES OF
SIMILARLY SITUATED PERSONS,

    Plaintiffs,
v.

NOBLE ENERGY, INC., AND
KERR-MCGEE OIL & GAS ONSHORE, LP,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed on April 6, 2023, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Noble Energy, Inc. and Kerr-McGee Oil & Gas Onshore, L.P., and against Plaintiffs, Mike Boulter, Boulter, LLC, Ralph Nix Produce, INC., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons, on Defendants' Joint Motion to Dismiss. It is further

1

Case 1:22-cv-01823-DDD-SKC Document 44-2 Filed 04/13/23 Page 2 of 2
Case 1:23-cv-01843-DDD-SKC Document 46-2 Filed 04/06/23 Page 6 of 8
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 14

ORDERED that Plaintiffs' complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 6th day of March, 2023.

                    FOR THE COURT:

                    JEFFREY P. COLWELL, CLERK

                    *s/ Robert R. Keech*
                    Robert R. Keech,
                    Deputy Clerk

Case 1:22-cv-01843-DDD-SKC Document 44-2 Filed 04/13/23 Page 1 of 2
Case 1:22-cv-01843-DDD-SKC Document 43 Filed 04/13/23 Page 7 of 8
Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01843-DDD-SKC

MIKE BOULTER, BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of
themselves and classes of similarly situated
persons,

      Plaintiffs,

v.

NOBLE ENERGY, INC., and KERR-MCGEE
OIL & GAS ONSHORE, LP,

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC, on behalf of themselves and classes of similarly situated persons, in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered in this action on April 6, 2023 (Dkt. No. 41), which dismissed Plaintiffs' claims with prejudice, and for which a Final Judgment was entered on April 6, 2023 (Dkt. No. 42).

Case 1:22-cv-01843-DDD-SKC Document 44-2 Filed 04/13/23 Page 2 of 2
Case 1:23-cv-01843-DDD-SKC Document 46 Filed 04/13/23 Page 8 of 8

Appellate Case: 23-1118   Document: 010110842902   Date Filed: 04/13/2023   Page: 16

Date: April 13, 2023            */s/ George A. Barton*
George A. Barton Mo. Bar No. 26249
Stacy A. Burrows Co. Bar No. 49199
Barton and Burrows, LLC
5201 Johnson Dr. Ste. 110
Mission, KS 66052
Telephone: 913-563-6250
Facsimile: 913-563-6259
george@bartonburrows.com
stacy@bartonburrows.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED**

2