# 10th CIR. FORM 4. DISCLOSURE STATEMENT

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC, and on behalf of themselves and classes of similarly situated persons. Appellants, <br><br> v. <br><br> Noble Energy, Inc. and Kerr-McGee oil & Gas Onshore, LP, <br><br><br> Appellees. | Case No. 23-1118 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC

certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

☐ ✓ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

May 4, 2023
Date

*/s/George A. Barton*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

✓    All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Disclosure Statement

                [date]

_____

[name of party]

at_____,

[address]

the last known address/email address, by

_____.

[method of service]

May 4, 2023
Date

/s/George A. Barton
Signature